STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215)572-8111
FACSIMILE: (215)572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA
# (PITTSBURGH)

| | |
|---|---|
| In Re:<br>    Laveda Cox-Hill<br>      Debtor(s)<br>--------------------------------------<br>Lakeview Loan Servicing, LLC<br>      Movant<br>v.<br>Laveda Cox-Hill<br>      Debtor(s)<br>Harold Hill<br>  (Non-Filing Co-Debtor)<br><br>Ronda J. Winnecour<br>      Trustee,<br>      Respondent(s) | Chapter 13<br><br>Case Number: 17-21755-GLT<br><br>Related to Document No. _____<br><br>Hearing Date and Time: January 15, 2020 @ 9:30 AM_____ |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF LAKEVIEW LOAN SERVICING, LLC FOR RELIEF REQUESTED

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and server upon the undersigned attorney for Movant a response to the Motion by no later than January 4, 2020 (ie. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's website at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, and order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's website to verify if a default order was signed or the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

     A hearing will be held on ***January 15, 2020 @ 9:30 AM,*** before the Honorable Judge Gregory L. Taddonio in 600 Grant Street, 5490 U.S. Steel Tower , Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be schedule by the Court for a later date.

                                           STERN & EISENBERG, PC

                                      By: /s/ Steven P. Kelly, Esq.
                                      Steven P. Kelly, Esq.
                                      Stern & Eisenberg, PC
                                      1581 Main Street, Suite 200
                                      Warrington, PA 18976
                                      Telephone: (215)572-8111
                                      Facsimile: (215)572-5025
                                      Bar Number: 308573
Date: December 18, 2019                  Email: skelly@sterneisenberg.com