FILED
1/15/20 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-21755-GLT |
| | : | Chapter: 13 |
| Laveda Cox-Hill | : | |
| | : | |
| | : | Date: 1/15/2020 |
| *Debtor(s)*. | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER:**  # 61 - Motion for Relief from Stay and from Co-Debtor Stay RE:611 Haverhill Street, Pittsburgh, PA 15221 filed by Lake View Loan Servicing
# 66 - Response filed by the Debtor
#67 - Response filed by the ch. 13 trustee

**APPEARANCES:**
  Debtor:   Julie Frazee Steidl
  Trustee:  Kate DeSimone

*NOTES:* (9:35)

Steidl: The debtor would consent to a dismissal if it's without prejudice.

Court: Will the trustee move for dismissal under these circumstances?

DeSimone: Yes, I move to dismiss.

Court: With the motion for dismissal and the debtor's consent to the dismissal I will dismiss the case without prejudice.

*OUTCOME:*

1. Lake View Loan Servicing's *Motion for Relief from Stay and from Co-Debtor Stay* [Dkt. No. 61] is DENIED as moot. [Text Order to Issue]

2. Case is DISMISSED without prejudice. [HT to Issue]

**DATED:** 1/15/2020