FILED
1/15/20 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 17-21755-GLT |
| LAVEDA COX-HILL, | : Chapter 13 |
| | : |
| Debtor, | : Related to Dkt. No. 69 |
| | : |

## ORDER DISMISSING CASE WITHOUT
## PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

1. The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

2. Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

3. The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

4. The Clerk of Court shall give notice to all creditors of this dismissal

Dated: January 15, 2020

_____
GREGORY L. TADDONIO jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21755-GLT
Laveda Cox-Hill                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2          Date Rcvd: Jan 15, 2020
                              Form ID: pdf900       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db          +Laveda Cox-Hill,    611 Haverhill Street,    Pittsburgh, PA 15221-1418
cr          +Borough of Wilkinsburg,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
              Pittsburgh, PA 15235-4441
cr          +LakeView Loan Servicing, LLC,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
              Warrington, PA 18976-3403
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
cr          +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
              437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA   15219,
              UNITED STATES 15219-6101
14411603     Berkheimer,   P.O. Box 26130,    Lehigh Valley, PA 18002
14632248     Berkheimer Assoc-Agt Wilkinsburg Boro AlleghenyCty,    c/o David R. Gordon, Esq.,
              1883 Jory Road,   Pen Argyl, PA 18072
14678735     CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14688486     Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14411604     Cavalry SPV 1 LLC,    500 Summit Lake Drive,   400 Valhalla,    Valhalla, NY 10595
14651788    +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA 15219-6101
14636558     Deutsche Bank National Trust Company, et al    Wells Fargo Bank, N.A.,
              Default Document Processing,    MAC# N9286-01Y,   1000 Blue Gentian Road,
              Eagan, MN, 55121-7700
14411607    +M & T,   PO Box 819063,    Dallas, TX 75381-9063
14411602    +Maiello Brungo Maiello,    School District of Wilkensburg,    c/o Maiello Brungo and Maiello,
              100 Purty Road STE 3,    Pittsburgh, PA 15235-4441
14411608    +Moroe & Main,    1515 S. 21 Street,   Clinton, IA 52732-6676
14651789    +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA 15219-6101
14411609    +Riverset Credit Union,    53 South 10th Street,   Pittsburgh, PA 15203-1142
14411611    +TCVCOG,   2700 Monroeville, Pa. 15146,    Monroeville, PA 15146-2359
14637864    +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14411613    +Wilkinsburg Penn Joint Water Authority,    2200 Robinson Boulevard,    Pittsburgh, PA 15221-1193
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14652097     +E-mail/Text: bankruptcy@sccompanies.com Jan 16 2020 04:28:07     Ashro Lifestyle,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
14686411     +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 04:27:07     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14411605     +E-mail/Text: nod.referrals@fedphe.com Jan 16 2020 04:24:55     Duetsche National Trust Company,
              C/o Phelan Hallian Schmeig LLP,    Suite 1400 One Penn Center at Suburban S,
              1617 JFKennedy Blvd,   Philadelphia, PA 19103-1821
14411606     +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 04:25:04     Kohls,   PO Box 3115,
              Milwaukee, WI 53201-3115
14420171     +E-mail/Text: camanagement@mtb.com Jan 16 2020 04:25:15     Lakeview Loan Servicing,
              c/o M&T Bank,   PO Box 840,    Buffalo, NY 14240-0840
14652098     +E-mail/Text: bankruptcy@sccompanies.com Jan 16 2020 04:28:07     Monroe & Main,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
14412975     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 04:19:55
              PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14695814      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 04:32:27
              Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
14411610     +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 04:20:39     Synchrony Bank/Lowes,
              PO Box 965005,   Orlando, FL 32896-5005
14411614     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 04:19:56
              World Financial Capital Bank,    c/o Portfolio Recovery,   120 Corporate Blvd,
              Norfolk, VA 23502-4952
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, As Trustee F
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14411612     ##+Transworld Systems,   2235 Mercury Way,   Suite 275,    Santa Rosa, CA 95407-5463
                                                                                    TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Jan 15, 2020
                               Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

```
          James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For
           etal pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Borough of Wilkinsburg jlc@mbm-law.net
          Jeremy J. Kobeski    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
           etal pawb@fedphe.com
          Julie Frazee Steidl    on behalf of Debtor Laveda  Cox-Hill julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Steven P Kelly    on behalf of Creditor    LakeView Loan Servicing, LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal
           pawb@fedphe.com
          William E. Miller    on behalf of Creditor    LakeView Loan Servicing, LLC
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```