**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LAVEDA COX-HILL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-21755 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/27/2017 and confirmed on 10/01/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,470.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,470.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,441.03 | |
|     Trustee Fee | 1,105.02 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,546.05 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 7,673.61 | 0.00 | 7,673.61 |
|     Acct: 0500 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 4,577.43 | 0.00 | 0.00 | 0.00 |
|     Acct: 1911 | | | | |
|   WILKINSBURG BOROUGH (RE) | 1,621.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 2121 | | | | |
|   CAVALRY SPV I LLC* | 2,418.00 | 698.62 | 321.95 | 1,020.57 |
|     Acct: XXXXHILL | | | | |
|   TURTLE CREEK VALLEY COG** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3060 | | | | |
|   WILKINSBURG-PENN JT WATER AUTH | 560.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STELLAR RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PITTSBURGH WATER & SEWER AUTHORIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: A142 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 11,722.74 | 1,756.86 | 2,707.37 | 4,464.23 |
|     Acct: 4713 | | | | |

| 17-21755 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>Acct: 4713 | 7,324.06 | 2,446.47 | 0.00 | 2,446.47 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>Acct: 4713 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 15,604.88 |
| **Priority** | | | | |
| JULIE FRAZEE STEIDL ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAVEDA COX-HILL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,200.00 | 2,441.03 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (BIZ PRIV)<br>Acct: 1401 | 400.00 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>Acct: 4713 | 0.00 | 6,319.07 | 0.00 | 6,319.07 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 0500 | 650.00 | 0.00 | 0.00 | 0.00 |
| | | | | 6,319.07 |
| **Unsecured** | | | | |
| CAPITAL ONE NA**<br>Acct: 4849 | 2,827.50 | 0.00 | 0.00 | 0.00 |
| MONROE & MAIN<br>Acct: 2110 | 227.04 | 0.00 | 0.00 | 0.00 |
| RIVERSET CU<br>Acct: 0013 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC*<br>Acct: 6270 | 2,524.68 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++<br>Acct: 1265 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 3859 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASHRO LIFESTYLE<br>Acct: 2220 | 119.21 | 0.00 | 0.00 | 0.00 |
| CACH LLC-ASSIGNEE<br>Acct: 9757 | 4,303.35 | 0.00 | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC - ASSIG<br>Acct: 0001 | 129.38 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9303 | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC (FORMERLY FO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM E MILLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS SONG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                      21,923.95

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,050.00 |
| SECURED | 28,223.85 |
| UNSECURED | 10,131.16 |

Date: 02/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com